AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John A Brown ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  9:22-cv-00843-HMH |
| C/O Spigner, Warden Wallace, Unnamed C/O ) | |
| Responsible for Legal Mail Distribution, Unnamed ) | |
| Law Library Supervisor, Miss Dawson ) | |
| *Defendant*s | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, John A Brown, shall take nothing of Defendants. This action os dismissed for lack of prosecution.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, Senior United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date:   May 23, 2023                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                             s/ A. Snipes

                                                                                *Signature of Clerk or Deputy Clerk*